762

Joseph J. MATHY and John M. Mathy, Trading as Mathy Company, Appellants, v. Norvell T. PATTESON and Ruby R. Patteson, and Prudential Insurance Company of America, Appellees.

No. 9828.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 25, 1949.

Decided Feb. 3, 1949.

Messrs. George R. Linkins and Thomas Morton Gittings, both of Washington, D. C., for appellants.

Mr. E. Hilton Jackson, of Washington, D. C., with whom Mr. John W. Jackson, of Washington, D. C., was on the brief, for appellees Norvell T. Patteson and Ruby R. Patteson.

Mr. John M. Lynham, of Washington, D. C., with whom Messrs. Arthur P. Drury, John E. Powell, and Laidler B. Mackall, all of Washington, D. C., were on the brief, for appellee Prudential Insurance Company of America.

Before EDGERTON and WILBUR K. MILLER, Circuit Judges, and HOLTZOFF, District Judge, sitting by designation.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.

Eola M. WRIGHT, Appellant, v. W. E. REYNOLDS, Commissioner, Public Buildings Administration, Federal Works Agency, and B. C. Gardiner, Personnel Officer, Public Works Administration, Federal Works Agency, Appellees.

No. 9791.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 25, 1949.

Decided Feb. 3, 1949.

Mr. Maurice A. Guervitz, of Washington, D. C., with whom Mr. Louis Ginberg, of Washington, D. C., was on the brief, for appellant. Mr. Stanley H. Kamerow, of Washington, D. C., also entered an appearance for appellant.

Mr. John D. Lane, Assistant United States Attorney, of Washington, D. C., with whom Mr. George Morris Fay, United States Attorney, of Washington, D. C., was on the brief, for appellees. Mr. Sidney S. Sachs, of Washington, D. C., also entered an appearance for appellees.

Before EDGERTON and WILBUR K. MILLER, Circuit Judges, and HOLTZOFF, District Judge, sitting by designation.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.